**In Re: Martell WHITAKER, Petitioner.**

No. 02–7790.

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 9, 2003.

Decided Jan. 24, 2003.

Martell Whitaker, Petitioner Pro Se.

Before WIDENER, MICHAEL, and MOTZ, Circuit Judges.

Petition denied by unpublished PER CURIAM opinion.

PER CURIAM.

Martell Whitaker petitions for a writ of mandamus, alleging the district court has unduly delayed acting on his 28 U.S.C. § 2255 (2000) motion. He seeks an order from this court directing the district court to act. We find there has been no undue delay in the district court. Accordingly, we deny the mandamus petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*PETITION DENIED.*